UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHEDRICK J. BRUMFIELD (#395469)

VERSUS                                              CIVIL ACTION

N. BURL CAIN, ET AL                                 NUMBER 08-148-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendants' motion to dismiss shall be granted and this action shall be dismissed without prejudice to any state law claim.

IT IS FURTHER ORDERED that the plaintiff's claims against former Louisiana Department of Public Safety and Corrections Secretary Richard L. Stalder and Dr. Mia Tran shall be dismissed for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2008.

                                        _____
                                        FRANK J. POLOZOLA
                                        MIDDLE DISTRICT OF LOUISIANA

Doc#45439